1058

[No. 52199-3-I.   Division One.   March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTI ANN LAPLANT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01836-6, Richard J. Thorpe, J., entered April 7, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52293-1-I.   Division One.   March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK DAVID MEMPA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00031-5, Larry E. McKeeman, J., entered April 23, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52305-8-I.   Division One.   March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD T. COPP, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00156-7, Thomas J. Wynne, J., entered April 23, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52504-2-I.   Division One.   March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY LEE ROYAL, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 02-1-09050-4, Michael Hayden, J., entered June 16 and August 22, 2003. *Reversed* by unpublished per curiam opinion.